HEATHER E. WILLIAMS, CA #122664
Federal Defender
CHARLES J. LEE, CA #221057
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRENDA CARMONA-VENEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00044-DAD-BAM |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER |
| BRENDA CARMONA-VENEGAS, | |
| Defendant. | |

Pursuant to Fed. R. Crim P. 43(b)(3), Defendant, Brenda Carmona-Venegas, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

Ms. Carmona-Venegas currently resides in the Los Angeles area and is under Pretrial Supervision and is in full compliance with all her conditions. She works full-time to provide support for her family and it is a financial hardship for Ms. Carmona-Venegas to have to miss a

day of work in order to travel to Fresno for court.  Defense counsel is in constant contact with Ms. Carmona-Venegas and has had no difficulties in communication with her.

Dated: February 28, 2020          *Original Signature on File*
BRENDA CARMONA-VENEGAS
Defendant

Dated: February 28, 2020          */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for BRENDA CARMONA-VENEGAS

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **March 2, 2020**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE