PHILLIP A. TALBERT
Acting United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA CARMONA-VENEGAS,<br><br>Defendant. | CASE NO. 1:20-CR-00044-DAD<br><br>STIPULATION TO CONTINUE SENTENCING DATE; ORDER<br><br>DATE: December 6, 2021<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 6, 2021.

2. By this stipulation, defendant now moves to continue the sentencing until February 28, 2022. As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time to work with defendant in obtaining records and other items in preparation for sentencing.

    b) Counsel for defendant has also been diligently seeking this information, but defendant now works nights, and given the difficulty in scheduling meetings with defendant in

1

light of her schedule, obtaining information is taking longer than anticipated and is more challenging than anticipated.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: November 10, 2021   PHILLIP A. TALBERT
   Acting United States Attorney

   /s/ LAURA JEAN BERGER
   LAURA JEAN BERGER
   Assistant United States Attorney

Dated: November 10, 2021   /s/ CHARLES LEE
   CHARLES LEE
   Counsel for Defendant
   BRENDA CARMONA-VENEGAS

**ORDER**

IT IS SO ORDERED.

Dated: **November 16, 2021**   *Dale A. Drozd*
   UNITED STATES DISTRICT JUDGE