```
1   PHILLIP A. TALBERT
    United States Attorney
2   LAURA JEAN BERGER
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
5
    Attorneys for Plaintiff
6   United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA CARMONA-VENEGAS,<br><br>Defendant. | CASE NO. 1:20-CR-00044-DAD<br><br>STIPULATION TO CONTINUE SENTENCING DATE; ORDER<br><br>DATE: August 15, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 15, 2022.

2. By this stipulation, defendant now moves to continue the sentencing until December 5, 2022. As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time to work with defendant in obtaining records and other items in preparation for sentencing.

   b) Counsel for defendant has also been diligently seeking this information, but defendant now works nights, and given the difficulty in scheduling meetings with defendant in light of her schedule, obtaining the information is taking longer than anticipated and is more

1

challenging than anticipated. Additionally, counsel for defendant is currently preparing for a jury trial in a different matter and desires additional time.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  August 11, 2022        PHILLIP A. TALBERT
                               United States Attorney


                               /s/ LAURA JEAN BERGER
                               LAURA JEAN BERGER
                               Assistant United States Attorney


Dated:  August 11, 2022        /s/ JAYA GUPTA
                               JAYA GUPTA
                               Counsel for Defendant
                               BRENDA CARMONA-VENEGAS

## ORDER

Pursuant to the stipulation of the parties, the sentencing hearing scheduled for August 15, 2002 in defendant Carmona-Venegas' case is vacated and the sentencing hearing is continued to December 5, 2022 at 8:30 a.m. before the then-assigned district judge.

IT IS SO ORDERED.

Dated:  **August 14, 2022**            *Dale A. Drozd*
                                       UNITED STATES DISTRICT JUDGE

2