1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   BRENDA CARMONA-VENEGAS
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.: 1:20-cr-00044-ADA-BAM
12 |          Plaintiff,        | **STIPULATION TO VACATE SENTENCING HEARING;  ORDER**
13 | vs.                        |
14 | BRENDA CARMONA-VENEGAS,    |
15 |          Defendant.        |

18     IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant

20 Federal Defender Reed Grantham, counsel for defendant Brenda Carmona-Venegas, that the

21 sentencing hearing currently scheduled in the above-captioned matter for December 19, 2022, at

22 8:30 a.m., before the Honorable Ana de Alba, be vacated.

23     On December 9, 2022, Pretrial Services filed a pretrial release violation petition, alleging

24 that Pretrial Services has not been able to get in contact with Ms. Carmona-Venegas. *See* Dkt.

25 #88. In light of the Pretrial Services violation petition, and the issuance of an arrest warrant, the

26 parties request that the December 19, 2022 sentencing date be vacated.

27     The requested continuance is made with the intention of conserving time and resources

28 for both the parties and the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Date: December 12, 2022 | */s/ Justin Gilio*<br>JUSTIN GILIO<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: December 12, 2022 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>BRENDA CARMONA-VENEGAS |

### **O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for December 19, 2022, at 8:30 a.m. be vacated.

IT IS SO ORDERED.

Dated:   December 12, 2022                                   [signature]
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE